1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
2  JULLIE Z. LAL (Cal. State Bar No. 279067)
   LIN ZHU (Cal. State Bar No. 305622)
3  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
4  San Francisco, California  94105
   Telephone: (415) 856-7000
5  Facsimile:  (415) 856-7100
6  jeffwohl@paulhastings.com
   jullielal@paulhastings.com
7  linzhu@paulhastings.com

8  Attorneys for Defendant
   Target Corporation
9

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CRAFT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:16-cv-02917-JGB-MRW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

1   On the stipulation of the parties,

2   IT IS ORDERED that plaintiff Joseph Craft's individual claims be and hereby are
3   DISMISSED WITH PREJUDICE and the class claims asserted in the action be and
4   hereby are DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and
5   attorneys' fees.

6   Dated: November 8, 2016.

_____
Jesus G. Bernal
United States District Judge